Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

2021 AUG 27 P 4:07

Case No. __2:21-cv-1184-JHE__
*(to be filled in by the Clerk's Office)*

Sherease McKinney
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

Benjamin Scott
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sherease McKinney |
   | Street Address | 746 Gable Drive |
   | City and County | Birmingham |
   | State and Zip Code | Alabama 35215 |
   | Telephone Number | (205) 584-1586 |
   | E-mail Address | mckinney.sherease@gmail.com |

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

_____     _____
**Date**                **Participant Signature**

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Benjamin Scott
- Job or Title *(if known)*: Executive Director
- Street Address: 400 University Park
- City and County: Homewood    Jefferson
- State and Zip Code: Alabama 35209
- Telephone Number: (205) 870-0786
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4

    Name  
    Job or Title (if known)  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address (if known)  

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name                 Brookdale Senior living
    Street Address       400 - University Park Drive
    City and County      Homewood      Jefferson
    State and Zip Code   Alabama       35209
    Telephone Number     (205) 870-0786

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to (check all that apply):

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☐ Other federal law (specify the federal law):

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☐ Retaliation.
☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

12-16-20
12-21-20
12-22-20

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race _____
☐ color _____
☒ gender/sex _____
☐ religion _____
☐ national origin _____
☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows. Attach additional pages if needed.

/

/

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*  12-31-20

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)*   5-25-21  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$5,895

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-27-21

Signature of Plaintiff  *Shenease McKinney*
Printed Name of Plaintiff  Sherease McKinney

**B.** **For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

EEOC Form 161 (11/2020)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sherease A. McKinney<br>746 Gable Drive<br>Center Point, AL 35215 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street South<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-00814 | MERCEDES RICARDO,<br>Investigator | (205) 651-7069 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of **your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for *James C Love Sr*

**BRADLEY A. ANDERSON,**
District Director

June 2, 2021

*(Date Issued)*

Enclosures(s)

cc:  **BROOKDALE SENIOR LIVING**
c/o Laurel Johnston, Esq.
**BROOKDALE SENIOR LIVING**
111 Westwood Place, Suite 400
Nashville, TN 37207

*August 29th / Case Must Be Filed*

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued*** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2021-00814 and EEOC |

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sherease A. McKinney | (205) 584-1586 | |

Street Address: 746 Gable Drive, Center Point, AL 35215

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BROOKDALE SENIOR LIVING | 15 - 100 | (205) 870-0786 |

Street Address: 400 University Park Drive, Homewood, AL 35209

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION  ☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-31-2020   Latest: 05-24-2021
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a Black female. I have been employed since 2002. I have been discriminated against due to my sex (female) and my race (Black). On or about December 31, 2020, I was disciplined by my Executive ED, Ben Scott, (white), and told if I didn't leave the building where I worked for the last 18 years, I would be terminated. I was moved to a different building and on or about February 8, 2021, I was demoted from the Director of Housekeeping to Housekeeping Supervisor and was changed from a salaried employee to an hourly employee. I also did not receive a pay raise I was entitled to.

II. I was told that I was being disciplined and demoted because the rooms I was responsible for were not being cleaned properly, a charge I adamantly deny. I was told I would not receive a pay raise because I was already at the top of my pay scale. Mr. Scott has something against me. He would have get togethers with all the Directors and I never participated. I believe this may have also played a part as to why he treated me differently. I was the only Director who was treated this way. Other black, female directors, were treated better.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/25/21   Sherease McKinney
Date      Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-00814 and EEOC |
|---|---|---|

*State or local Agency, if any*

**III. I believe I have been discriminated against because of my race (Black) and sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>5-25-21  *Sherease McKinney*<br>Date  Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205
(205) 651-7020
TTY (800) 669-6820
Fax: (205) 212-2105

Respondent: BROOKDALE SENIOR LIVING
EEOC Inquiry No.: 420-2021-00814

May 24, 2021

Sherease A. McKinney
746 Gable Drive
Center Point, AL 35215

Dear McKinney:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ] The Age Discrimination in Employment Act (ADEA)
- [ ] The Americans with Disabilities Act (ADA)
- [ ] The Equal Pay Act (EPA)
- [ ] The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X".

(3) Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



# CORRECTIVE ACTION
## Category: Behavior

**Associate Name:** Sherease McKinney  **Position Title:** Director of Housekeeping

**Date Presented:** 12/22/2020  **Community:** Brookdale University Park (50940)

**Corrective Action:**

☐ First Reminder   ☐ Second Reminder   ☒ Final Reminder

☐ Suspension Pending Investigation   ☐ Termination of Employment

**Prior Corrective Action Notifications**

| Date | Violation | |
|---|---|---|
| 05/13/2019 | Poor Behavior | ← trash |
| 06/24/2020 | Failed to perform assigned duties and tasks | sanatizer |

**Incident Description:** As a member of the Brookdale University Park team, you are expected to uphold the Mission and Cornerstones of Brookdale, as well as be responsible for exhibiting behaviors that support the excellent customer service our residents and families expect and deserve.

On 12/21/2020 you were observed to have failed to preform assigned duties and tasks, resulting in services to a resident being delayed or neglected which is in violation of Brookdale's Guidelines for Appropriate Conduct (refer to Pages 40-41 of the Associate Handbook),
This not only affects our residents; it affects your ability to work together with your peers. Sherease, you were emailed on Wednesday 12/16/2020 by me requesting that you connect with AL director and Resident Services Coordinator about apartments that needed to be cleaned prior to residents returning to the community. On Friday/Saturday 12/18 and 12/19 we had residents begin returning to the community. Multiple residents and associates entered the apartments to realize that the apartments had not been cleaned/sanitized. Not only were the apartments not cleaned/sanitized, the staff was unable to locate any sanitizing solution in the housekeeping closets as none was stocked for use.

**Performance Requirements:** Sherease, you are responsible for being a positive member of our team and providing quality customer service to our residents. Behaviors such as described above do not contribute to Brookdale's success.

If you feel there is anything I can do, within reason, to assist you in meeting these expectations I am available and willing to discuss this with you.

You are reminded Brookdale's Associate Assistance Program can be confidentially reached to assist you with personal and family issues. This is strictly voluntary.

**Associate Comments and/or Rebuttal** (Attach additional sheets if needed.)

**Associate Acknowledgment**

Improving my performance is my choice. Further violations such as this or any other performance issues related to my job description or company policy/procedure, may result in further corrective action up to an including termination of my employment.

Brookdale Senior Living and its subsidiaries are an "at-will" employer, meaning that my employment has no specified term and that the employment relationship may be terminated any time by the company or myself.

By signing this, I acknowledge that I have received a copy of this notification and it has been discussed with me.

_Refused To Sign_  
Associate Signature            Date

_[signature]_    12/22/2 —
Supervisor's Signature        Date

Witness Signature              Date

_Ben Scott_    12/22/2020
Executive Director Signature   Date

Distribution of copies:____Associate ____Associate File                                   HR

June 30, 2020

On monday June 21, 2020 I received a phone call from Kirsten Pass Director of Financial. about pulling trash, She asks "What was my plans, on pulling trash my respone was pull Assisting Living trash. I was eating lunch at the time in the Director of Activities office. With Taylor Hale, Lisa Carey, Rapheal McIlwain. I didn't not tell her No I wouldn't pull trash. She was on Speker when I answer the call so there for they are my witnesses to what was said. I would like for a Copy of ~~this~~ this to go in my file I have made me a Copy.

Sherease McKinney
Director of Housekeeping
June 30, 2020



# BROOKDALE
SENIOR LIVING SOLUTIONS
ALL THE PLACES LIFE CAN GO™

## CORRECTIVE ACTION
Category: Behavior

**Associate Name:** Sherease McKinney       **Position Title:** Director of Housekeeping

**Date Presented:** 06/24/2020              **Community:** Brookdale University Park (50940)

**Corrective Action:**

☐ **First Reminder**     ☒ **Second Reminder**     ☐ **Final Reminder**

☐ **Suspension Pending Investigation**     ☐ **Termination of Employment**

**Prior Corrective Action Notifications**

| Date | Violation |
| --- | --- |
| 05/13/2019 | Poor Behavior |

**Incident Description:** As a member of the Brookdale University Park team, you are expected to uphold the Mission and Cornerstones of Brookdale, as well as be responsible for exhibiting behaviors that support the excellent customer service our residents and families expect and deserve.

On 06/22/2020 and 06/23/2020 you were observed to have failed to preform assigned duties and tasks in trash collection as well as housekeeping assigned duties, resulting in services to a resident being delayed or neglected which is in violation of Brookdale's Guidelines for Appropriate Conduct (refer to Pages 40-41 of the Associate Handbook),
This not only affects our residents; it affects your ability to work together with your peers.

**Performance Requirements:** Sherease, you are responsible for being a positive member of our team and providing quality customer service to our residents. Behaviors such as described above do not contribute to Brookdale's success.

If you feel there is anything I can do, within reason, to assist you in meeting these expectations I am available and willing to discuss this with you.

You are reminded Brookdale's Associate Assistance Program can be confidentially reached to assist you with personal and family issues. This is strictly voluntary.

**Associate Comments and/or Rebuttal** (Attach additional sheets if needed.)

JO

I will like for this go in my file an the other 1 my Ass meet w/ ~~speak~~ personal performance

~~Net~~ Next step will write up

---

**Associate Acknowledgment**

Improving my performance is my choice. Further violations such as this or any other performance issues related to my job description or company policy/procedure, may result in further corrective action up to an including termination of my employment.

Brookdale Senior Living and its subsidiaries are an "at-will" employer, meaning that my employment has no specified term and that the employment relationship may be terminated any time by the company or myself.

By signing this, I acknowledge that I have received a copy of this notification and it has been discussed with me.

Refuse to sign 6-24-2020
Associate Signature        Date              Supervisor's Signature        Date

_Stephanie B. Rnen_  6-24-2020   _Ben Scott_   6-24-20
Witness Signature          Date              Executive Director Signature   Date

---

Distribution of copies:____Associate ____Associate File                                    HR

Sherease McKinney

| 5 | 22 | 21 |

I was written up on false accusations that I hadn't completed an assigned task, however I do have proof that these assignments were completed. I was offered a demotion, or termination if there was any other incidents in my current position. I took the demotion and a reduction of pay. for fear of being terminated. Later to learn that one of my white male coworker whom also took a demotion was able to keep his pay. My position has been filled by a white male. Based upon the information given I feel that I have been Discriminated agaimts. After Ben Scott demoted me, he hired a black male, whom only lasted two days. The position of HouseKeeping Supervisor was posted, A black female co-worker expressed interest in the position it was removed. The opportunity for upward movement has been limited since his arrival do to hiring of numerous younger outside peoples. as opposed to hiring with in. The Company I have pictures and emails about these Complaints to Support These Complaints about Ben Scott.

My Cell Number is (205) 584-1586
My inquire Number is (420-2021-00814

I have not been able to Schedule another Appoinment
my dead line is June

ATTN.
CRTIU. Supervisor   (205) 212-2105

Date: Fax Sunday 23, 2021
Time: 9:25 am

Sherease McKinney